■ FRED GRAHN v. RAYMOND TESE.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

## (February 28, 1958)

■ CHARLES B. RIPLEY et al. v. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA et al.— Motion unanimously granted upon condition that defendant United Fruit Company furnish a bond in the amount of $1,500,000 or, in the alternative, deposit securities having a market value of $4,550,000 with a New York bank or trust company to be held as security for the payment of the judgment, with the right in said defendant to make substitution of securities of equal value at any time during the period of the stay. Settle order. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1958

## (February 3, 1958)

■ In the Matter of AUDREY LEWIS, Appellant, against EDWARD LEWIS, Respondent.— Application for certification pursuant to section 593 of the Civil Practice Act that a constitutional question is directly involved denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.